| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | LARA A. STINGLEY<br>Assistant United States Attorney |
| 3 | California State Bar No. PENDING<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | 619 557-6244 (Telephone)/619 557-5551 (Fax)<br>Email: lara.stingley@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0982-JAH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| CARLA ELENA NEGRETE, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4. There are no other government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) associated with this case who should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

U.S. Attorney CR

Please feel free to call me if you have any questions about this notice.

DATED: May 7, 2008.

KAREN P. HEWITT
United States Attorney

/s/Lara A. Stingley
LARA A. STINGLEY
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLA ELENA NEGRETE,<br><br>　　　　　　Defendant. | Criminal Case No. 08CR0982-JAH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Lara A. Stingley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated May 7, 2008, and this Certificate of Service, dated May 7, 2008, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

　　　　Joseph Mark McMullen, Attorney for Defendant Carla Elena Negrete.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 7, 2008.

　　　　　　　　　　　　　　　　　　　　/s/Lara A. Stingley
　　　　　　　　　　　　　　　　　　　　LARA A. STINGLEY
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Certificate of Service
United States v. Carla Elena Negrete　　　　　　　　08CR0982-JAH